IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:98-CR-82-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| TIFFANY GRAHAM, | ) | |

This matter is before the Court on defendant's pro se motion for early termination of supervised release. In deciding whether to allow such a motion, the Court must consider the factors set forth in 18 U.S.C. § 3553(a) and determine whether early termination is warranted based on the conduct of the defendant and the interests of justice. 18 U.S.C. § 3583 (e)(1). In response to the instant motion, the government has stated only that the interests of justice do not favor early termination of defendant's supervised release "[g]iven the nature of the criminal conduct underlying [her] conviction and sentence".

In order to properly consider defendant's motion, the Court DIRECTS the government to contact the United States Probation Officer currently supervising defendant and provide the Court with a report as to the conduct of defendant. Such report shall be filed not later than May 23, 2014, whereupon the Court will consider defendant's motion for early termination.

SO ORDERED, this __6__ day of May, 2014.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE