IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:98-CR-82-4-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TIFFANY GRAHAM | ) | |

This matter is before the Court on defendant's pro se motion for early termination of supervised release. In deciding whether to allow such a motion, the Court must consider the factors set forth in 18 U.S.C. § 3553(a) and determine whether early termination is warranted based on the conduct of the defendant and the interests of justice. 18 U.S.C. § 3583 (e)(1). After having consulted the United States Probation Officer supervising defendant, the government has withdrawn its opposition to defendant's request for early termination of supervised release.

The Probation Officer reports that defendant is currently employed, has complied with the terms of her supervised release, and has paid her fine and special assessment. The Probation Officer submits that defendant appears to have become a productive member of society and does not object to the Court's consideration of defendant's motion.

In light of the foregoing, and its consideration of the § 3553(a) factors, defendant's motion for early termination of her supervised release [DE 658] is GRANTED.

SO ORDERED, this __16__ day of May, 2014.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE